UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARREA McCOY-GORDON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HERNANDEZ,<br><br>　　　　Defendant. | No. 2:19-cv-1586 JAM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. By prior order, defendant's request to opt out of the ADR program was granted. Defendant shall file a responsive pleading within fifteen days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that within fifteen days from the date of this order, defendant shall file a responsive pleading.

Dated: January 22, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mcco1586.res

1