IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DeMARREA McCOY-GORDON,**

    Plaintiff,

v.

**HERNANDEZ,**

    Defendant.

Case No. 2:19-cv-1586 JAM KJN P

**[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION TO MODIFY SCHEDULING ORDER**

Defendant applied ex parte for an order to take Plaintiff's deposition via remote video conference, with the Plaintiff, the deposition reporter, and defense counsel to be in separate locations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's Application (ECF No. 41) is granted.

2. Plaintiff's deposition may be taken via video conference, with the plaintiff, the deposition reporter, and defense counsel in separate locations and such deposition testimony shall be admissible to the same extent as if the deposition were taken in person.

Dated: October 13, 2020

/mcco1586.dep

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE