UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARREA MCCOY-GORDON, | No. 2:19-cv-1586 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| HERNANDEZ, | |
| Defendant. | |

    Plaintiff is a state prisoner, proceeding pro se. On November 5, 2020, plaintiff filed a motion to compel Defendants' further discovery responses, claiming that defendant failed to timely provide discovery responses. On November 17, 2020, defendant filed an opposition providing proof that defendant provided timely responses within the time frame set forth in the court's order. In addition, defense counsel declares that at plaintiff's November 13, 2020 deposition, plaintiff confirmed he had received defendant's discovery responses accompanied by the proofs of service dated October 28, 2020, and plaintiff indicated that "the receipt of these responses was no longer an issue." (ECF No. 44-1 at 2.) Plaintiff has not filed a reply or otherwise rebutted defendant's opposition.

    By order filed September 24, 2020, defendant was granted until October 30, 2020, in which to respond to plaintiff's request for inspection and request for production of documents.

1

(ECF No. 40.)  Defendant provided a copy of such responses which are accompanied by proofs of service dated October 28, 2020.  (ECF No. 44-1 at 6, 13.)  Because defendant's responses were timely provided, and plaintiff did not challenge any of the responses therein, plaintiff's motion to compel is denied.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 43) is denied.

Dated:  December 18, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mcco1586.mtc